JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL RESOLUTION COMPANY LIMITED UNIT TRUST NO. 1,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LAW OFFICES OF GARY BLUM, PC, et al.,<br><br>　　　　　Defendants. | Case No. CV 13-6906 FMO (JCGx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**

Dated this 7th day of April, 2015.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　United States District Judge